UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE MICHAELE DELLOSTRITTO,<br><br>Defendant. | Case No. 1:18-cv-00698-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 7) |

Plaintiff Steven Wayne Bonilla ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2018, Magistrate Judge Jeremy D. Peterson entered findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* (ECF No. 6) be denied. (ECF No. 7.) Plaintiff was given an opportunity to object to the findings and recommendations within fourteen days. No objection was filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on July 27, 2018,

1

(ECF No. 7), are ADOPTED IN FULL; and

2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is denied.

IT IS SO ORDERED.

Dated: **August 19, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE