UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>v.<br><br>JUDGE MICHAELE DELLOSTRITTO,<br><br>    Defendant. | Case No. 1:18-cv-00698-LJO-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT CASE BE DISMISSED FOR FAILURE TO PAY FILING FEE<br><br>(Doc. No. 8.)<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Steven Wayne Bonilla ("plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. On August 20, 2018, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the $400 filing fee in full within twenty-one days. (Doc. No. 8.) Plaintiff failed to pay the filing fee within the allotted time. Accordingly, the undersigned recommends that the court dismiss this case without prejudice.

The undersigned submits the findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen days of the service of the findings and recommendations, plaintiff may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C). Plaintiff's failure to file objections within

1

the specified time may result in the waiver of rights on appeal.  *See Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   September 24, 2018

_____
UNITED STATES MAGISTRATE JUDGE